# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 5, 2015

### NO. 03-13-00621-CV

**Mary F. Henson and Dena Gaetens, Appellants**

**v.**

**Texas Health and Human Services Commission and Kyle Janek, M.D.,
Commissioner of the Texas Health and Human Services Commission, Appellees**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on June 25, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.